# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE HARRIS BRUNELLE,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>GE CAPITAL INFORMATION<br>TECHNOLOGY SOLUTIONS, INC.,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 06CV2755 JLS (CAB)<br><br>**ORDER SETTING STATUS CONFERENCE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　GE Capital Information Technology Solutions's ("defendant") motion for summary judgment is currently scheduled for a hearing on Friday, October 26, 2007 at 10:30 a.m. In her timely filed opposition brief, Renee Harris Brunelle ("plaintiff") represented that she does not yet have the transcript from the deposition of Mr. Ryan Ruwe, the person who allegedly terminated plaintiff's employment, and has not yet been able to depose Mr. Jose Soto, allegedly plaintiff's immediate supervisor. (Doc. No. 29, at 1-2.) Because of counsel's scheduling conflicts, Mr. Soto will be unavailable for deposition until next month (November). (Id. at 2.)

　　　Until counsel is able to review the transcript of Mr. Ruwe's deposition and to depose Mr. Soto, the Court finds that defendant's motion for summary judgment is premature. See Fed. R. Civ. P. 56(f) (authorizing continuance of summary judgment motion for depositions or other discovery); Celotex Corp. v. Catrett, 477 U.S. 317, 326 (1986) (describing Rule 56(f) as the appropriate mechanism for addressing a premature summary judgment motion); Qualls ex rel.

1  Qualls v. Blue Cross of Cal., Inc., 22 F.3d 839, 844 (9th Cir. 1994) (directing district court to grant
2  Rule 56(f) continuance upon showing of how additional discovery would preclude summary
3  judgment). Therefore, counsel **SHALL APPEAR** before the Court on October 26, 2007. On this
4  date, however, the Court **SHALL HOLD** a status conference, rather than a hearing on the merits
5  of defendant's motion for summary judgment. The Court **RESCHEDULES** the time of the status
6  conference to **2:00 p.m.**

7  On or before Friday, October 19, 2007, defendant **MAY FILE** a reply to plaintiff's request
8  for a continuance. At the status conference, the Court **SHALL SET** a new hearing date for
9  defendant's motion for summary judgment, along with a briefing schedule for plaintiff's
10 supplemental opposition and defendant's reply on the merits.

11 IT IS SO ORDERED.

13 DATED: October 16, 2007

15 *[signature]*
   Honorable Janis L. Sammartino
   United States District Judge